IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

EUGENE SHANNON ABNER, §
§
Petitioner, §
§
v. § 2:07-CV-0198
§
NATHANIEL QUARTERMAN, §
Director TDCJ-CID, §
§
Respondent. §



## ORDER ADOPTING REPORT AND RECOMMENDATION and DISMISSING PETITION FOR A WRIT OF HABEAS CORPUS

Petitioner has filed with this Court a petition for a writ of habeas corpus by a person in state custody. On January 15, 2008, the United States Magistrate Judge issued a Report and Recommendation in this cause, recommending therein that the instant habeas application be denied. As of this date, no objections to the Magistrate Judge's Report and Recommendation have been filed of record.

Having made an independent examination of the record in this case, the undersigned United States District Judge is of the opinion the Magistrate Judge's Report and Recommendation should be, and hereby is, ADOPTED. Accordingly, the petition for a writ of habeas corpus is hereby DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED.

ENTERED this _13th_ day of February 2008.

MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE